1   ADAM PAUL LAXALT
      Attorney General
2   ERIN L. ALBRIGHT, Bar No. 9953
      Deputy Attorney General
3   State of Nevada
      Bureau of Litigation
4   Public Safety Division
    100 N. Carson Street
5   Carson City, Nevada 89701-4717
    Tel: (775) 684-1257
6   E-mail: ealbright@ag.nv.gov

7   *Attorneys for Defendant*
    *Atwood*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10  CLARENCE MCNAIR,
                                          Case No. 3:17-cv-00298-MMD-VPC
11                  Plaintiff,

12  vs.                                   **STIPULATION AND ORDER OF**
                                          **DISMISSAL WITH PREJUDICE**
13  V. ATWOOD,

14                  Defendant.

15          Defendant Atwood, by and through counsel, Adam Paul Laxalt, Attorney General of the State of

16  Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff Clarence McNair in *pro se*

17  hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's

18  fees and costs.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                              1

DATED this 6th day of August, 2018.

By: _Clarence McNair_
    Clarence McNair (#1059617)
    Plaintiff, *Pro Se*

DATED this 7th day of August, 2018.

OFFICE OF THE ATTORNEY GENERAL

By: _____
    Erin L. Albright, SBN 9953
    100 N. Carson Street
    Carson City, NV 89701
    (775) 684-1257
    ealbright@ag.nv.gov
    Attorneys for Defendants

**IT IS SO ORDERED**

**U.S. DISTRICT JUDGE**

**DATED** _August 13, 2018_

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 13th day of August, 2018, I caused a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Clarence McNair, #1059617
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General